In the Matter of Arlington Village Development Corporation, Appellant, and Laura Martinetti, Intervener, Petitioner, against Board of Standards and Appeals of the City of New York et al., Respondents, and Samuel L. Benjamin et al., Interveners, Respondents.— In a certiorari proceeding pursuant to subdivision e of section 668 of the New York City Charter [1938] and section 668e–1.0 of the Administrative Code of City of New York to annul a determination of the board of standards and appeals of the City of New York which granted a use variance under subdivision (e) of section 7 of the Zoning Resolution of the City of New York so as to permit for twenty years an automobile show room, service station and repair shop on a lot zoned for residence use and an area variance under section 21 of the Zoning Resolution so as to permit construction on the entire lot, Special Term dismissed the

petition and confirmed the determination. Order unanimously affirmed, with one bill of $50 costs and disbursements to the respondents filing briefs. No opinion. Present — Adel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [204 Misc. 395.]